# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VESTIN REALTY MORTGAGE I, INC., et al., | Case No. 2:17-cv-02530-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 7) |
| SL-FL NNN INDUSTRIAL PORTFOLIO I HOLDINGS, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for Defendants to respond to the complaint. Docket No. 7. No reasons are provided as to why the current deadline cannot be met. Accordingly, the stipulation is **DENIED** without prejudice. *See* Local Rule IA 6-1(a) (stipulations to extend must state the reasons for the extension requested).

IT IS SO ORDERED.

DATED: October 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge