1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  E-mail: jboyle@nevadafirm.com
   SEAN E. STORY, ESQ.
3  Nevada Bar No. 13968
   E-mail: sstory@nevadafirm.com
4  HOLLEY DRIGGS, WALCH
   FINE WRAY PUZEY & THOMPSON
5  400 South Fourth Street, Suite 300
   Las Vegas, Nevada 89101
6  Phone: 702/791-0308
   Fax:   702/791-1912
7
   NICOLE P. MORIARTY, ESQ. (*Admitted PHV*)
8  E-mail: Nicole.Moriarty@KutakRock.com
   Kutak Rock LLP
9  1625 Eye Street, NW, Suite 800
   Washington, DC 20006
10 Phone: 202/828-2446
   Fax:   202/828-2488

*Attorneys for Defendants SL-FL NNN Industrial Portfolio I Holdings, LLC; Sandlapper Capital Investments, LLC; Trevor Gordon; and Jack Bixler*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VESTIN REALTY MORTGAGE I, INC., a Maryland corporation; and VESTIN REALTY MORTGAGE II, INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SL-FL NNN INDUSTRIAL PORTFOLIO I HOLDINGS, LLC, a Delaware limited liability company; SANDLAPPER CAPITAL INVESTMENTS, LLC, a South Carolina limited liability company; TREVOR GORDON, an individual; and JACK BIXLER, an individual,<br><br>Defendants. | CASE NO: 2:17-cv-02530-APG-NJK<br><br>**DEFENDANTS' CONSENT MOTION TO REMOVE DUPLICATE DOCUMENT FROM DOCKET AND REQUEST FOR RETURN OF DUPLICATE PAYMENT OF FILING FEE** |

Defendants SL-FL NNN Industrial Portfolio I Holdings, LLC; Sandlapper Capital Investments, LLC; Trevor Gordon; and Jack Bixler (collectively "Defendants") hereby notify the Court of a duplicate filing (*see* ECF Nos. 11 and 12) and request that the Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel (filed as ECF No. 12 (the

- 1 -

"Duplicate Pro Hac App.")) be stricken from the docket. Defendants further notify the Court of a duplicate filing fee submitted in conjunction with the Duplicate Pro Hac App., and respectfully request return of the duplicate payment of the filing fee in the amount of $250.00.

On October 19, 2017, Defendants lodged a pro hac vice application by runner on behalf of Attorney Nicole P. Moriarty with the Clerk of the Court along with a check paid to the order of the Court for the requisite $250.00 filing fee. On this same date, and due to an interoffice error, Defendants' counsel filed an electronic version of the Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel as ECF No. 11 (the "Accepted Pro Hac App.") and paid the requisite $250.00 filing fee electronically. The application that was initially lodged with the Clerk was subsequently uploaded by the Clerk, and now appears as ECF No. 12 on the Court's docket.

Later this same date, the Court issued a Minute Order granting the Accepted Pro Hac App. *See* Order Granting [11] Verified Petition for Permission to Practice Pro Hac Vice for Attorney Nicole P. Moriarty for Jack Bixler, Trevor Gordon, SL-FL NNN Industrial Portfolio I Holdings, LLC, Sandlapper Capital Investments, LLC and approving Designation of Local Counsel Sean E. Story (ECF No. 13).

Accordingly, Defendants hereby notify the Court of the duplicate filing and request that the Duplicate Pro Hac App. (ECF No. 12) be removed from the docket in this matter. Defendants further respectfully request return of the duplicate payment of the pro hac vice application filing fee (once by check and again electronically, for ECF Nos. 11 and 12) in the amount $250.00. Pursuant to LR IA 6-2, Defendants' counsel has

///
///
///
///
///

12416-01/1961608.doc

conferred with counsel for Plaintiffs and has confirmed that Plaintiffs' consent to the granting of Defendants' request herein with no opposition.

DATED this 3rd day of November, 2017.

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

*/s/ Sean E. Story*
JAMES D. BOYLE, ESQ. (NBN 8384)
SEAN E. STORY, ESQ. (NBN 13968)
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308
Fax:   702/791-1912

**KUTAK ROCK LLP**
NICOLE P. MORIARTY, ESQ. (Admitted PHV)
1625 Eye Street, NW, Suite 800
Washington, DC 20006
Phone: 202/828-2427
Fax:   202/828-2488

*Attorneys for Defendants*


IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE/
Dated: November 6, 2017.