**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VESTIN REALTY MORTGAGE I, INC., et al.,
                    Plaintiff(s),

v.

SL-FL NNN INDUSTRIAL PORTFOLIO I HOLDINGS, LLC, et al.,
                    Defendant(s).

Case No. 2:17-cv-02530-APG-NJK

**ORDER**

(Docket No. 24)

Pending before the Court is a stipulation to extend the deadlines in the scheduling order by four months. Docket No. 24. The gist of the parties' position is that they have foregone their discovery obligations for the last two months while attempting to negotiate a settlement. *See id*. at 4. While the Court encourages settlement discussions, a decision to defer discovery while the parties attempt to settle a case is not "good cause" for a later request for an extension. *See, e.g.*, *Gerawan Farming, Inc. v. Rehrig Pac. Co.*, 2013 WL 1164941, *4 (E.D. Cal. Mar. 20, 2013) ("as a legal matter, settlement discussions do not, in of themselves, arise to good cause for modifying the scheduling order"); *Rybski v. Home Depot USA, Inc.*, 2012 WL 5416586, *2 (D. Ariz. Oct. 17, 2012) ("settlement conferences or discussions do not constitute good cause to modify a scheduling order").[1] Moreover, the length of the extension now sought (four months) is an unreasonable amount of time to extend deadlines to conduct settlement discussions.

---

[1] Parties are similarly not empowered to stipulate to staying their discovery obligations <u>without obtaining Court approval</u> when their agreement impacts the deadlines set by the Court. Fed. R. Civ. P. 29.

In light of the circumstances and <u>as a one-time courtesy</u> to the parties, the Court will extend the deadlines in the scheduling order by 30 days. The stipulation is therefore **GRANTED** in part and **DENIED** in part as follows:

- Amend pleadings/ add parties: February 2, 2018
- Expert disclosures: March 5, 2018
- Interim status report: March 5, 2018
- Rebuttal expert disclosures: April 3, 2018
- Discovery cutoff: May 3, 2018
- Dispositive motions: June 2, 2018
- Joint proposed pretrial order: July 2, 2018, or 30 days after decision on dispositive motions

IT IS SO ORDERED.

Dated: January 5, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE