1  LOUIS E. GARFINKEL, ESQ.
   Nevada Bar No. 3416
2  IRA S. LEVINE, ESQ.
   Nevada Bar No. 2130
3  LEVINE GARFINKEL & ECKERSLEY
4  8880 W. Sunset Road, Suite 390
   Las Vegas, Nevada 89148
5  (702) 673-1612
   (702) 735-2198  (Fax)
6  Attorneys for Plaintiffs  Vestin Realty Mortgage
7  I, Inc. and Vestin Realty Mortgage II, Inc.

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10  Vestin Realty Mortgage I, Inc., a Maryland      Case No.:  2:17-CV-02530-APG-NPK
    corporation; and Vestin Realty Mortgage II,
11  Inc., a Maryland corporation,

12                                                  **STIPULATION AND ORDER FOR
                  Plaintiffs,                       DISMISSAL WITHOUT PREJUDICE**
13

14  vs.

15  SL-FL  NNN Industrial Portfolio I Holdings,
    LLC , a Delaware limited liability company;
16  Sandlapper Capital Investments, LLC, a South
    Carolina limited liability company; Trevor
17  Gordon, an individual; and Jack Bixler, an
    individual,
18

19                Defendants.

20  \ \ \

21  \ \ \

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28

It is stipulated by and between the parties, through undersigned counsel, that the above matter is dismissed without prejudice, each party to bear their own attorney's fees and costs.

Dated this 1st day of February, 2018

LEVINE, GARFINKEL & ECKERSLEY

By: /s/ Louis E. Garfinkel_____
    Louis E. Garfinkel, Esq.
    Nevada Bar No. 3416
    8880 W. Sunset Road, Suite 390
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiffs Vestin Realty*
    *Mortgage I, Inc., and Vestin Realty*
    *Mortgage II, Inc.*

Dated this 1st day of February, 2018

KUTAK ROCK LLP

By: /s/ Nicole P. Moriarty_____
    Nicole P. Moriarty, Esq. (Admitted PHV)
    1625 Eye Street, NW, Suite 800
    Washington, DC  20006

    and

    HOLLEY DRIGGS WALCH FINE WRAY
    PUZEY & THOMPSON
    James D. Boyle, Esq.
    Nevada Bar No. 8384
    Sean E. Story, Esq.
    Nevada Bar No. 13968
    400 South Fourth Street, Suite 300
    Las Vegas, NV  89101
    *Attorneys for Defendants SL-FL NNN*
    *Industrial Portfolio I Holdings, LLC,*
    *Sandlapper Capital Investments, LLC,*
    *Trevor Gordon, and Jack Bixler*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___2/1/2018_____

Respectfully submitted:

LEVINE, GARFINKEL & ECKERSLEY


By: /s/ Louis E. Garfinkel_____
    Louis E. Garfinkel, Esq.
    Nevada Bar No. 3416
    8880 W. Sunset Road, Suite 390
    Las Vegas, Nevada 89148
    Attorneys for Plaintiffs Vestin Realty
    Mortgage I, Inc. and Vestin Realty Mortgage II, Inc.

-2-